E. Warren Gubler #109317
GUBLER, KOCH, DEGN & GOMEZ LLP
1110 N. Chinowth Street
Visalia, CA 93291
Telephone: (559) 625-9600
Facsimile:  (559) 625-9605

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC. fka UAP DISTRIBUTION, INC. and successor by merger to WESTERN FARM SERVICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EARMARK ENTERPRISES, INC., HOUSHANG DADGOSTAR, et al.<br><br>Defendants. | Case No. 1:11-CV-01682-AWI-JLT<br><br>ORDER ON STIPULATED SETTLEMENT<br><br>(Doc. 7) |

Plaintiff CROP PRODUCTION SERVICES, INC. fka UAP DISTRIBUTION, INC. and successor by merger to WESTERN FARM SERVICE, INC. (hereinafter "plaintiff") and defendants EARMARK ENTERPRISES, INC. and HOUSHANG DADGOSTAR hereby enter into the following stipulation:

1.    Whereas, plaintiff contends that defendants EARMARK ENTERPRISES, INC. and HOUSHANG DADGOSTAR are indebted to CROP PRODUCTION SERVICES, INC. fka UAP DISTRIBUTION, INC. and successor by merger to WESTERN FARM SERVICE, INC., in the principal sum of $307,484.54, accrued finance charges of $36,043.95 up to and including October 11, 2011, attorney's fees of $5,000.00 and costs of $335.00, totaling $348,863.49 in this

1 matter.

2  2. Whereas, prior to the removal of this action to this Court, service on said defendants of the summons issued by the state court became effective on October 9, 2011, *see* Cal. Code. Civ. Proc. § 415.20(b), said defendants have through and including October 31, 2011 to respond to plaintiff's complaint, Fed. R. Civ. P. 81(c)(2)(B); Fed. R. Civ. P. 6(a)(1)(C), and, pursuant to Local Rule 144(a), the parties have hereby agreed and stipulated to an extension of twenty-eight (28) days for said defendants to respond to plaintiff's complaint on or before November 28, 2011.

3. Now, and accordingly, defendants EARMARK ENTERPRISES, INC. and HOUSHANG DADGOSTAR do hereby agree to pay to CROP PRODUCTION SERVICES, INC. fka UAP DISTRIBUTION, INC. and successor by merger to WESTERN FARM SERVICE, INC., the stipulated sum of $348,863.49. Said stipulated sum, without interest, will be paid according to the following schedule:

 a. Payment of the sum of $75,000.00, or more, on or before November 3, 2011, and payment of the sum of $75,000.00, or more, on or before the third day of each month thereafter until said stipulated sum is paid in full, the parties acknowledging that the fifth and final such installment will be in the amount of $48,863.49.

 b. All payments shall be in the form of a check made payable to CROP PRODUCTION SERVICES, INC. and delivered c/o E. Warren Gubler, Esq. of Gubler, Koch, Degn & Gomez LLP at 1110 N. Chinowth Street, Visalia, California, 93291.

4. In the event that said defendants fail to make any payment as set forth in paragraph 3 hereof when due, then, unless cured within three (3) business days, plaintiff may, on an *ex-parte* basis, apply to have judgment entered herein against said defendants for the full amount as set forth in paragraph 1 hereof, together with ongoing interest on the principal portion thereof from and after October 12, 2011 at 9% per annum, with a credit given for any payments hereafter actually made, and may then immediately enforce that judgment.

5. In the event that said defendants fully comply with the payment requirements of Paragraph 3 hereof, then plaintiff shall at that time cause the Complaint herein to be dismissed with prejudice as to all defendants within fifteen (15) court days of Plaintiff's receipt of such final payment that fully satisfies defendants' payment requirements under Paragraph 3 hereof.

6. It is understood by the parties hereto that time is of the essence.

7. The parties herein agree that the court shall retain jurisdiction of this matter to enforce this stipulation.

8. Said stipulation shall be binding upon and inure to the benefit of the parties hereto, and their respective successors, heirs and assigns.

Dated:            CROP PRODUCTION SERVICES, INC. fka UAP DISTRIBUTION, INC. and successor by merger to WESTERN FARM SERVICE, INC.

By_____
    Authorized Representative

Dated:            GUBLER, KOCH, DEGN & GOMEZ LLP

By_____
    E. Warren Gubler, Esq.
    Attorneys for Plaintiff,
    CROP PRODUCTION SERVICES, INC. fka UAP DISTRIBUTION, INC. and successor by merger to WESTERN FARM SERVICE, INC.

Dated:            EARMARK ENTERPRISES, INC.

By_____
    Authorized Representative

Dated:            _____
    HOUSHANG DADGOSTAR

Dated:                                 LAW OFFICES OF HIRAD D. DADGOSTAR

By_____
   Hirad D. Dadgostar, Esq.
   Attorneys for Defendants,
   EARMARK ENTERPRISES, INC. and HOUSHANG
   DADGOSTAR

**ORDER**

In light of the parties' stipulation to settle this case, the Court **ORDERS**:

1. No later than March 16, 2012, the parties SHALL file a stipulated request to dismiss the action;

2. Beginning on November 17, 2011 and every 30 days thereafter, Plaintiff SHALL file a status report detailing the progress of the settlement;

3. Within 10 days of any failure to pay a required settlement amount, if not cured within the specified 3-day period, the parties SHALL file a joint report detailing the status of the settlement and the parties' efforts to address the failure to pay;

4. All currently calendared dates are **VACATED**.

IT IS SO ORDERED.

Dated:   **October 21, 2011**                        /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE