1  E. Warren Gubler #109317
   Steven M. Koch # 222938
2  GUBLER, KOCH, DEGN & GOMEZ LLP
   1110 N. Chinowth Street
3  Visalia, CA 93291
   Telephone: (559) 625-9600
4  Facsimile: (559) 625-9605

5  Attorneys for Plaintiff

**FILED**

SEP 04 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC. fka UAP DISTRIBUTION, INC. and successor by merger to WESTERN FARM SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EARMARK ENTERPRISES, INC., HOUSHANG DADGOSTAR, et al. <br><br> Defendants. | Case No.  1:11-CV-01682-AW1-JLT <br><br> **STIPULATION AND ORDER TO DISMISS** |

All matters in dispute between the parties to the above-entitled cause having been satisfactorily compromised and settled:

1. It is hereby stipulated and agreed by and between said parties, by their respective attorneys, that the said cause may be dismissed with prejudice, without cost to either party, all costs having been paid.

2. It is further stipulated and agreed that an order pursuant to the foregoing may be entered of record without further notice to either party upon the presentation of the Stipulation.

GUBLER, KOCH,
DEGN & GOMEZ LLP
ATTORNEYS AT LAW
VISALIA, CA

-1-

**STIPULATION AND ORDER TO DISMISS**

3.  It is further stipulated and agreed that said dismissal shall be a bar to the bringing of any action based on or including the claims in this action.

4.  It is further stipulated and agreed that within 10 calendar days following the Court's entry of this Stipulation and Order, plaintiff shall file a Request for Dismissal, with prejudice, in the state court action filed in the Superior Court of the County of Kern, case no. S-1500-CV-274724-WDP.

5.  It is further stipulated and agreed that within 10 calendar days following the Court's entry of this Stipulation and Order, plaintiff shall file with the California Secretary of State a termination (Form UCC3) of the UCC Financing Statement that was filed with the California Secretary of State on July 22, 2009, document number 21759030003.

Wherefore the parties hereto pray that the Court will enter an order dismissing this cause with prejudice.

Dated: 3-1-12

GUBLER, KOCH, DEGN & GOMEZ LLP

By /s/
E. Warren Gubler, Esq.
Attorneys for Plaintiffs,
CROP PRODUCTION SERVICES, INC. fka UAP DISTRIBUTION, INC. and successor by merger to WESTERN FARM SERVICE, INC.

Dated: 2/14/2012

DADGOSTAR LAW LLP

By /s/
Hirad D. Dadgostar, Esq.
Attorneys for Defendants,
EARMARK ENTERPRISES, INC. and HOUSHANG DADGOSTAR

## ORDER

This cause coming on to be heard on this date upon the Stipulation for dismissal with prejudice filed herein, and the Court having examined said Stipulation and being fully advised, find that this cause of action has been fully compromised and settled and that the parties having stipulated and agreed to dismissal of this cause with prejudice, and that the Court further finds that all costs have been paid.

IT IS THEREFORE ORDERED that this cause be hereby dismissed with prejudice.

Dated: 8-31-12

UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

GUBLER, KOCH,
DEGN & GOMEZ LLP
ATTORNEYS AT LAW
VISALIA, CA

-3-

STIPULATION AND ORDER TO DISMISS